AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| GREGORY GOODWIN and PLEAS WALDEN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| ELWOOD STAFFING SERVICES, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GREGORY GOODWIN and PLEAS WALDEN                                                                  .

Date:     02/05/2021

/s/ J. Corey Asay

*Attorney's signature*

J. Corey Asay #0090203

*Printed name and bar number*

Morgan & Morgan
333 W. Vine Street
Suite 1200
Lexington, KY 40507

*Address*

CAsay@forthepeople.com

*E-mail address*

(859) 286-8368

*Telephone number*

(859) 286-8384

*FAX number*